IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00741-AP

MARY D. BEARD,

    Plaintiff, v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

### JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

1. **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:    Michael W. Seckar
                       Seckar Law Offices

<u>For Defendant</u>:    John F. Walsh, U.S. Attorney
                       J. Benedict Garcia, Assistant U.S. Attorney
                       M. Thayne Warner, Special Assistant U.S. Attorney

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Complaint Was Filed:    3/12/2014

    B.    Date Complaint Was Served on U.S. Attorney's Office:    4/16/2014

    C.    Date Answer and Administrative Record Were Filed:    6/11/2014

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The administrative record has been filed. The parties believe that the record is complete.

5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate filing any additional evidence.

6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties do not believe that this case raises any unusual claims.

7. OTHER MATTERS

This case is not on remand from a judicial decision.

8. BRIEFING SCHEDULE

    A. Plaintiff's Opening Brief Due: Monday, August 4, 2014

    B. Defendant's Response Brief Due: Wednesday, September 3, 2014

    C. Plaintiff's Reply Brief (If Any) Due: Monday, September 22, 2014

9. STATEMENTS REGARDING ORAL ARGUMENT

    A. Plaintiff's Statement: Plaintiff does not request oral argument.

    B. Defendant's Statement: Defendant does not request oral argument.

10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    A. ( x ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B. (   ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 1st day of July, 2014.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

John F. Walsh
United States Attorney

J. Benedict Garcia
Assistant U.S. Attorney
U.S. Attorney's Office, District of Colorado

/s/ Michael W. Seckar
Michael W. Seckar
Seckar Law Offices
402 W. 12th Street
Pueblo, CO 81003
(719) 543-8636
seckarlaw@mindspring.com
Attorneys for Plaintiff

/s/ M. Thayne Warner
By: M. Thayne Warner
Special Assistant U.S. Attorney
1961 Stout Street, Suite 4169
Denver, CO 80249-4003
(303) 844-7237
thayne.warner@ssa.gov
Attorneys for Defendant