IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-00741-MEH

MARY D. BEARD,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Magistrate Judge Michael E. Hegarty on February 11, 2015, incorporated herein by reference, it is

ORDERED that the SSA Commissioner's final order is AFFIRMED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Mary D. Beard.  It is

FURTHER ORDERED that this civil action and complaint are DISMISSED with prejudice.

DATED at Denver, Colorado this 11th  day of February, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/S. Libid
S. Libid,
Deputy Clerk